IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YI'S TOPS SPORTING GOODS INC. et al: | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 21-cv-01528-JP |
| COLONY INSURANCE COMPANY | : | |
| Defendant. | : | |

## MINUTE SHEET

A settlement conference was held on July 12, 2021.

*s/Sheila McCurry*
SHEILA MCCURRY
Courtroom Deputy to the
Honorable Richard A. Lloret
U.S. Magistrate Judge

Time:  3 hours and 15 minutes

**THE CLERK OF COURT IS DIRECTED TO RETAIN JUDGE LLORET ON THE DOCKET FOR SETTLEMENT PURPOSES.